IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

TRIQUINT SEMICONDUCTOR, INC.,     )
                                         )
         Plaintiff,                  )     TC-MD 130044D
                                           )
      v.                             )
                                           )
DEPARTMENT OF REVENUE,         )
State of Oregon,                    )
                                           )
         Defendant.              **DECISION OF DISMISSAL**

This matter is before the court on Defendant's Motion to Dismiss (Motion), requesting that Plaintiff's Complaint be dismissed because "[P]laintiff failed to commence the action within the time limited by statute." (Def's Mot at 1.)

Plaintiff's Complaint, challenging the assessment of properties identified as Accounts R2173997 and P1404509 for the 2012-13 tax year, was filed February 11, 2013. A case management conference was scheduled in this matter for 8:30 a.m. on April 2, 2013. Plaintiff failed to appear for that proceeding. On April 2, 2013, the court issued an Order stating that, "[n]o later than May 2, 2013, Plaintiff shall file a written response to Defendant's Motion to Dismiss, copy to Defendant." Plaintiff filed a letter on April 5, 2013, which explains Plaintiff's failure to appear for the April 2, 2013, conference, but fails to respond to Defendant's Motion.

Defendant requests dismissal of Plaintiff's Complaint because Plaintiff appeals the 2012-13 real market value of "industrial" property and Plaintiff's appeal was not filed with this court in the time allowed under ORS 305.403(2). (Def's Mot at 1.) Under ORS 305.403(1),[1] "[a]n appeal by a taxpayer dissatisfied with the assessed or specially assessed value of land or improvements of a principal or secondary industrial property must be brought in the tax court."

---

[1] All references to the Oregon Revised Statutes (ORS) are to 2011.

The appeal under ORS 305.403(1) "is taken by filing a complaint with the tax court in the manner prescribe under ORS 305.560 during the period following the date the tax statements are mailed for the current tax year and ending December 31." ORS 305.403(2).

Plaintiff's Complaint was filed February 11, 2013, beyond the time allowed under ORS 305.403(2). The court is not aware of any circumstances that extend that time allowed for Plaintiff's Complaint. As a result, the court finds that Plaintiff's Complaint was not timely filed under ORS 305.403(2) and Defendant's Motion must be granted. Now, therefore,

IT IS THE DECISION OF THIS COURT that Defendant's Motion to Dismiss is granted. Plaintiff's Complaint is dismissed.

Dated this ____ day of May 2013.


_____
ALLISON R. BOOMER
MAGISTRATE


*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This Decision was signed by Magistrate Allison R. Boomer on May 14, 2013. The court filed and entered this Decision on May 14, 2013.*